**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01974-PAB-MJW

ANTHONY W. KNOWLES and
LESLIE ANDERSON KNOWLES,

      Plaintiffs,

v.

BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, as trustee for the certificate holders of CWMBS, Inc., Alternative Loan Trust 2002-37, Mortgage Pass-Through Certificates, Series 2002-37,

      Defendant

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order [Docket No. 21] of Judge Philip A. Brimmer entered on September 26, 2013 it is

      **ORDERED** that the Recommendation on Defendant The Bank of New York Mellon's Motion to Dismiss Plaintiffs' Complaint (Docket No. 10) [Docket No. 16] is **ACCEPTED**. It is

      **ORDERED** that Defendant Bank of New York Mellon's Motion to Dismiss Plaintiffs' Complaint [Docket No. 10] is **GRANTED**. It is

      **FURTHER ORDERED** that this case is DISMISSED.

Dated at Denver, Colorado this 26th day of September, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk